# United States Bankruptcy Court
## Southern District of Ohio

In re  **Jamie P Attrell**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **April 22, 2011**

**/s/ Jamie P Attrell**
**Jamie P Attrell**
Signature of Debtor